PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID WARREN RIGGINS, JR.,<br><br>　　　　　Defendant. | CASE NO.　1:23-MJ-00020-SAB ____<br><br>ORDER TO UNSEAL REDACTED COPY OF THE INDICTMENT |

　　　　The indictment was sealed by Order of the District Court of Arizona pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. The United States having applied to this Court to unseal a redacted copy of the indictment due to defendant's arrest and appearance in this District,

　　　　IT IS HEREBY ORDERED that the redacted copy of the indictment be made public record.

IT IS SO ORDERED.

　　Dated:　**February 23, 2023**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE