# UNITED STATES DISTRICT COURT
## Eastern District of California

**FILED**
FEB 23 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| DAVID WARREN RIGGINS, JR. | Case No. *1:23-mj-00020-SAB |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR-23-00134-PHX-JJT | 1:23-mj-00020-SAB | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

__X__ Indictment  ____ Information  ____ Complaint  ____ Other (specify)

charging a violation of  **18**  U.S.C. §  **2421(a)**

**DISTRICT OF OFFENSE**  DISTRICT OF ARIZONA

**DESCRIPTION OF CHARGES:**

Transportation with Intent to Engage in Prostitution

**CURRENT BOND STATUS:**

____ Bail fixed at $_____ and conditions were not met
__X__ Government moved for detention and defendant detained after hearing in District of Arrest
____ Government moved for detention and defendant detained pending detention hearing in District of Offense
____ Other (specify)

**Representation**  ____ Retained Own Counsel  __X__ Federal Defender Organization  ____ CJA Attorney  ____ None

**Interpreter Required?**  __X__ No  ____ Yes  Language:_____

**DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/23/23
Date                                   United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |